■ WONDER WORKS CONSTRUCTION CORP., Appellant, v RC-DOLNER, LLC, Respondent. [843 NYS2d 504]—Order, Supreme Court, New York County (Debra A. James, J.), entered April 13, 2007, which granted defendant's motion to vacate a default judgment entered March 9, 2007, unanimously affirmed, without costs.

Defendant carried its burden of proving it had not received notice of the summons in time to defend the action and had a potentially meritorious defense (CPLR 317; *see Eugene Di Lorenzo, Inc. v A.C. Dutton Lbr. Co.*, 67 NY2d 138 [1986]; *Franklin v 172 Aububon Corp.*, 32 AD3d 454 [2006]). Plaintiff did not serve the additional notice required by CPLR 3215 (g) (4) (i), and there is no evidence that defendant, who moved swiftly to vacate its default upon learning of the judgment, deliberately attempted to avoid notice of this action (*see Grosso v MTO Assoc. Ltd. Partnership*, 12 AD3d 402 [2004]). Concur—Lippman, P.J., Andrias, Williams, Buckley and Malone, JJ.

■ In the Matter of DEAN ROBERTS, Petitioner, v SALLIE MANZANET-DANIELS, Respondent. [844 NYS2d 162]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed as moot, without costs or disbursements. All concur. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Williams, Buckley and Malone, JJ.

■ In the Matter of ARMANDO GONZALEZ et al., Petitioners, v CHARLES EDWARD RAMOS et al., Respondents. [844 NYS2d 162]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules withdrawn. All concur. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Williams, Buckley and Malone, JJ.